District Court, Eagle County, Colorado

Court Address & Phone Number:
885 Chambers Avenue, Eagle, CO 81631

(970) 328-6373

**Plaintiff:** Calvin R. Robinson

**Defendant:** The Ritz-Carlton, Bachelor Gulch,
A Foreign Limited Liability Company

Pro Se Plaintiff Name and Address:
Calvin Robinson, Esquire
1701 South Flagler Drive
Unit 205
West Palm Beach, FL 33401
Contact: 813-465-8795
Fax: 727-851-9472

DATE FILED: November 30, 2020
CASE NUMBER: 2020CV30

FILED IN THE
COMBINED CLERK'S OFFICE

NOV 3 0 2020

EAGLE COUNTY, COLORADO
BY:_____

▲ COURT USE ONLY ▲

Case Number:

20CV30

Division: 1

## COMPLAINT AND JURY DEMAND

The plaintiff, Calvin R. Robinson, pro se, for his Complaint against the Defendant, states and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action under C.R.S. § 13-21-115 for injuries and damages suffered by the Plaintiff while an invitee of the Defendant on real property or, in the alternative, negligence if the Court finds that an action under C.R.S. § 13-21-115 is not appropriate.

2. At the time of the incident which gave rise to the Complaint, the Plaintiff was and continues to be a resident of the State of Florida.

3. Defendant the Ritz-Carlton, Bachelor Gulch, is a Foreign Limited Liability Company, registered in Delaware with a Principal place of business located at, 10400 Fernwood Road, Dept 92413, Bethesda, MD 20817.

4. Upon information and belief, at all times relevant to this case, the Ritz-Carlton Bachelor Gulch was owner and operator of the Ritz-Carlton Bachelor Gulch and the Wyld Bar, both located at 0130 Daybreak Ridge Rd, Avon, CO 81620.

5. Upon information and belief, at all times relevant, Defendant Ritz Carlton was responsible for safety and security at the Ritz-Carlton Bachelor Gulch.

EXHIBIT A

6. The subject incident which forms the basis for this action occurred on December 1, 2018, on the premises located at Ritz-Carlton Bachelor Gulch and the Wyld Bar, both located at 0130 Daybreak Ridge Rd, Avon, CO 81620, (hereafter the "Property").

7. Upon information and belief on December 1, 2018 Plaintiff was at the Wyld Bar located in The Ritz-Carlton, Bachelor Gulch with an address of 0130 Daybreak Ridge Rd, Avon, CO 81620. There the Plaintiff was witness to an attack upon another patron, at the bar. Thereafter, Mr. Robinson was himself assaulted and battered by the same individual who previously attacked the aforementioned patron at the Wyld Bar. Security, aware of and involved in the first incident, failed to properly protect Mr. Robinson from the aggressor by removing him from the property.

8. Jurisdiction in this matter is proper pursuant to C.R.S. §13-1-124(1)(b) since the negligent and/or tortious act(s) that form(s) the basis for this lawsuit occurred within the State of Colorado and because the overall damages claimed exceed the jurisdictional minimum of this court. In addition, Colorado courts would have an interest in this matter as it took place in Colorado and a majority of the witnesses and parties to the incident are located in that State.

9. This court has jurisdiction over this action as clearly provided by law.

10. Venue is proper in the County of Eagle pursuant to C.R.C.P. 98(c) because the incident that forms the basis for this action occurred in Eagle County, Colorado.

**FIRST CLAIM FOR RELIEF**
**(Premises Liability against Defendant Ritz-Carlton Bachelor Gulch)**

11. Plaintiff incorporates herein by reference the factual allegations contained in paragraphs 1 through 10 above.

12. On or about December 1, 2018, Defendant Ritz-Carlton Bachelor Gulch was in the business of owning and operating a hotel, restaurant and bar located on the real property.

13. On or about December 1, 2018, the Property was real property within the meaning of C.R.S. § 13-21-115.

14. On or about December 1, 2018, the Defendant Ritz-Carlton Bachelor Gulch was legally responsible for the condition of said Property or for the activities conducted or circumstances existing on said Property and were therefore "landowners" as defined in C.R.S. § 13-21-115.

15. As landowners, the Defendant Ritz-Carlton Bachelor Gulch were and are liable for injury occurring to persons, including the Plaintiff, while on the Property by reason of the condition of the Property or activities conducted or circumstances existing on the Property as provided in C.R.S. § 13-21-115.

16. On or about December 1, 2018, Plaintiff was at the Wyld Bar and lobby restroom located in The Ritz- Carlton, Bachelor Gulch with an address of 0130 Daybreak Ridge Rd, Avon, CO 81620. There, Plaintiff was assaulted and battered by a patron who had previously attacked another patron previously at the bar. Despite his actions, they failed to remove said patron from the bar or call the authorities leading to a subsequent incident.

17. Plaintiff was an "invitee" as defined in C.R.S. § 13-21-115.

18. The Defendant unreasonably failed to exercise reasonable care to protect persons such as the Plaintiff against the dangers of which the Defendants knew or should have known existed on the Property.

19. Plaintiff's injuries and damages were caused by Defendants' unreasonable failure to exercise reasonable care to protect persons such as the Plaintiff against dangers of which the Defendants knew or should have known as provided in C.R.S. § 13-21-115.

20. As a direct and proximate result of the Defendant Ritz-Carlton Bachelor Gulch's actions or inaction as described herein, the Plaintiff suffered injuries and damages, including but not limited to, the following:

    a. Severe physical injuries;

    b. Significant pain, suffering and anguish;

    c. Temporary impairment and disability;

    d. Loss of earnings;

    e. Medical expense;

    f. Inconvenience, loss of enjoyment of life and disruption of lifestyle;

    g. Legal Fees;

    h. Other injuries, losses and damages as may be established by the evidence to be presented to the Court and Jury.

21. Under the provisions of C.R.S. § 13-21-115, the Defendant Ritz-Carlton Bachelor Gulch are liable to the Plaintiff for the injuries and damages suffered as described herein.

## SECOND CLAIM FOR RELIEF
### (Negligence against Defendant Ritz-Carlton Bachelor Gulch)

22. Plaintiff incorporates herein by reference the factual allegations contained in paragraphs 1 through 21 above.

23. The Defendant Ritz-Carlton Bachelor Gulch negligently allowed a dangerous condition which resulted in the Plaintiff's injuries.

24. Such action was a breach of Defendants' duty of care.

25. The Defendant Ritz-Carlton Bachelor Gulch's action caused severe injuries and damages to the Plaintiff.

26. As a direct and proximate result of the Defendant Ritz-Carlton Bachelor Gulch's negligence, the Plaintiff suffered injuries and damages, including but not limited to, the following:

    a. Severe physical injuries;

    b. Pain, suffering and anguish;

    c. Temporary impairment and disability;

    d. Loss of earnings;

    e. Medical expense;

    f. Inconvenience, loss of enjoyment of life, and disruption of lifestyle;

    g. Legal fees;

    h. Other injuries, losses and damages as may be established by the evidence to be presented to the Court and jury.

WHEREFORE, Plaintiff prays to the Court as follows:

   a. For judgment in favor of the Plaintiff and against the Defendant in such amount as may be established by the evidence presented to the Court and jury.

   b. For pre-judgment interest and post-judgment interest and costs as provided by law.

   c. For such other and further relief as the Court may deem proper.

EXHIBIT A

**PLAINTIFF DEMANDS A TRIAL TO A JURY AS PROVIDED BY LAW.**

Dated this 30th day of November, 2020.

                                                      PRO SE PLAINTIFF

                                                      /s/ *Calvin R. Robinson*

                                                      Calvin R. Robinson
                                                      1701 South Flagler Drive
                                                      Unit 205
                                                      West Palm Beach, Florida 33401

                                                      Direct: (813) 465-8795
                                                      Email: 813Litigation@gmail.com